IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| H&R BLOCK EASTERN ENTERPRISES, INC. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. MJG-07-1822 |
| ) | |
| CHARLES W. TURNBAUGH, in his official ) | |
| capacity as Commissioner of the Division of ) | |
| Financial Regulation of the Maryland ) | |
| Department of Labor, Licensing and Regulation ) | |
| ) | |
| *Defendant.* ) | |

**STIPULATION OF DISMISSAL OF COUNT I OF COMPLAINT**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff H&R Block Eastern Enterprises, Inc. ("Block") and defendant Commissioner Charles W. Turnbaugh (the "Commissioner") submit this stipulation of dismissal as to Count I of the Complaint for Declaratory Judgment and Permanent Injunction (the "Complaint").

1. The parties request that the Court dismiss Count I without prejudice and with each party to bear its own costs, and thereafter enter Final Judgment in this action pursuant to Federal Rules of Civil Procedure 54(a) and 58(d), in the form of the proposed Final Judgment filed contemporaneously with this Stipulation.

2. The parties further stipulate that Block reserves all its rights to bring an action seeking relief similar to that sought in Count I in Maryland state court with respect to the applicability of the Maryland Credit Services Business Act, Md. Code Ann., Com. Law, §§ 14-1901 *et seq*. to the business conducted by Block or any of its affiliates and franchisees in the State of Maryland, and each of the parties reserves all its respective rights to assert any other

claims or defenses of any kind relating to the issues raised in any such action or any other action or proceeding under such statute that might be brought by the Commissioner.

3. The parties further stipulate that any applicable statute of limitations, laches defense, or other limitations period shall be tolled as to any claims or defenses of any kind relating to the potential actions described in Paragraph 2 above from the date of execution of this stipulation until 60 days after the final resolution of any appeals that may be taken in connection with the Final Judgment to be entered in this action.

Dated: August 28, 2008

Respectfully submitted,

By: /s/ Jonathan R. Krasnoff (with permission)
Jonathan R. Krasnoff

DOUGLAS F. GANSLER
Attorney General of Maryland
Jonathan R. Krasnoff
Assistant Attorney General
500 N. Calvert Street, Suite 406
Baltimore, Maryland 21202
Telephone: (410) 230-6123
Facsimile: (410) 333-6503
Email: jkrasnoff@dllr.state.md.us

*Counsel for Defendant*
*Commissioner Charles W. Turnbaugh*

By: /s Matthew M. Neumeier
Matthew M. Neumeier

Matthew M. Neumeier
Scott T. Schutte
Gabriel A. Crowson
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Facsimile: (312) 595-2250
Email: neumeierm@howrey.com
schuttes@howrey.com
crowsong@howrey.com

- and -

William Murphy, Jr. (D.Md. #07985)
Richard V. Falcon (D. Md. #01739)
THE MURPHY FIRM
One South Street, 23rd Floor
Baltimore, Maryland 21202
Telephone: (410) 539-6500
Facsimile: (410) 539-6599
Email: billy@billymurphylaw.com
rfalcon@billymurphylaw.com

*Counsel for Plaintiff H&R Block*
*Eastern Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served upon all counsel of record via the Court's CM/ECF system this 28th day of August, 2008.

/s/ Matthew M. Neumeier
Matthew M. Neumeier