**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARLYAND**

| | |
|---|---|
| H&R BLOCK EASTERN ENTERPRISES, INC.  ) | |
| )  | |
| *Plaintiff,*  )  | |
| )  | |
| v.  )  | Civil Action No. MJG-07-1822 |
| )  | |
| CHARLES W. TURNBAUGH, in his official  )  | |
| capacity as Commissioner of the Division of  )  | |
| Financial Regulation of the Maryland  )  | |
| Department of Labor, Licensing and Regulation  )  | |
| )  | |
| *Defendant.*  )  | |

**<u>NOTICE OF APPEAL</u>**

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that H&R Block Eastern Enterprises, Inc. ("Block"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from part of the Final Judgment entered in this action on September 3, 2008 (Dkt. No. 30).  Plaintiff Block appeals the part of the Final Judgment set forth in Paragraph 2 thereof that declared and adjudged that certain provisions of the Maryland Credit Services Business Act, Md. Code Ann., Com. Law §§ 14-1901 *et seq.* are not preempted by the National Bank Act, 12 U.S.C. §§ 21 *et seq.* and regulations of the Office of the Comptroller of the Currency.

Dated: September 25, 2008

Respectfully submitted,

*Plaintiff H&R Block Eastern Enterprises, Inc.*


By: /s/ Matthew M. Neumeier
   Matthew M. Neumeier

William Murphy, Jr. (D.Md. #07985)  Matthew M. Neumeier
Richard V. Falcon (D. Md. # 01739)  Scott T. Schutte
THE MURPHY FIRM       Gabriel A. Crowson
One South Street, 23rd Floor     HOWREY LLP
Baltimore, Maryland 21202     321 N. Clark Street, Suite 3400
Telephone: (410) 539-6500     Chicago, IL 60654
Facsimile: (410) 539-6599      Telephone: (312) 595-1239
Email: billy@billymurphylaw.com   Facsimile: (312) 595-2250
    rfalcon@billymurphylaw.com  Email: neumeierm@howrey.com
               schuttes@howrey.com
               crowsong@howrey.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing Notice of Appeal was served upon all counsel of record via the Court's CM/ECF system this 25th day of September, 2008.


/s/ Matthew M. Neumeier
Matthew M. Neumeier